UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,        :

                                   :

        - against -         :                   21-CR-490 (VSB)

                                   :

JOSEPH ZAPATERO,         :                   **ORDER**

                                   :

                  Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, <u>United States District Judge</u>:

I am in receipt of Joseph Zapatero's ("Zapatero") second motion for early termination of supervised release.  (Doc. 10 ("Motion" or "Mot.").)  On September 26, 2011, Zapatero was sentenced in the District of Vermont for conspiracy to distribute more than 280 grams of cocaine base, in violation of 21 USC 846, 841 (b)(1)(A).  (Docs. 2–3.)  On January 27, 2021, Zapatero was released from prison and commenced his 5-year supervision term.  (Mot. 2.)  On August 2, 2021, Zapatero's supervision of release was transferred to this District and assigned to me.  (*See* Docs. 1–3.)  When the Motion was filed on March 6, 2024, Zapatero had served over three years on supervised release.  (Mot. 1.)  However, over five years have passed since Zapatero was released in January 2021 and no further term of supervised release was imposed.  This suggests that Zapatero is no longer on supervised release.  Accordingly, it is:

HEREBY ORDERED that both parties submit letters by no later than April 22, 2026, informing me as to whether the Motion is now moot because Zapatero is no longer subject to supervised release.

SO ORDERED.

Dated: April 8, 2026
      New York, New York

Vernon S. Broderick
United States District Judge

2